SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Heriberto Alvarez, Jr. (SBN 307048)
halvarez@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

SETYAN LAW, APC
Samuel Setyan (SBN 325831)
s.setyan@setyanlaw.com
750 E. Green St. Suite 310
Pasadena, California 91101
Telephone: (213) 618-3655
Facsimile: (213) 460-1429

Attorney for Plaintiff
AARON TALAMANTES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TALAMANTES, an individual, | Case No.  3:24-cv-00789-RS |
| Plaintiff, | **UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive, | Further CMC: August 14, 2025<br>Time: 10:00 a.m.<br>Via: Videoconference |
| Defendant. | |

319608805v.1

Pursuant to Civil Local Rule 16-10(d), Plaintiff Aaron Talamantes ("Plaintiff") and Defendant Costco Wholesale Corporation ("Costco") (collectively, "the Parties"), hereby submit their Updated Joint Case Management Statement and report progress since the last joint statement was filed on May 8, 2025 (ECF No. 28):

**1.    Costco's Motion for Summary Judgment**

On May 22, 2025, Costco filed its motion for summary judgment. On June 5, 2025, Plaintiff filed his opposition brief, and Costco filed its reply on June 12, 2025. On June 26, 2025, the Parties appeared before this Court at the hearing for the summary judgment motion.

On June 27, 2025, the Court entered its Order Granting in Part, Denying in Part Motion for Summary Judgment. ECF No. 35. The Court granted Costco's motion as to Plaintiff's claim for punitive damages. The Court denied the motion as to the following claims, which remain for trial: (1) disability discrimination under the Fair Employment and Housing Act ("FEHA"), (2) retaliation under the FEHA, (3) failure to provide reasonable accommodation under the FEHA, (4) failure to engage in the interactive process under the FEHA, (5) failure to prevent discrimination and retaliation under the FEHA, and (6) wrongful termination in violation of public policy.

**2.    Trial Preparations**

The Parties are preparing and will be ready for trial on September 29, 2025. To that end, the Parties are preparing pretrial filings and working together to complete joint pretrial documents. Before the trial, the Parties will appear at the final pretrial conference scheduled for September 17, 2025 at 10:00 a.m.

Plaintiff's counsel Setyan Law, APC will be associating with Ratner Molineaux, LLP as trial counsel.

**3.    Settlement and ADR**

After the Court ruled on Costco's motion for summary judgment, the Parties engaged in informal settlement discussions, which proved unsuccessful. The Parties believe that further settlement negotiations would likely be unproductive.

**4.    Other**

At the moment, the Parties are not aware of any other issue relevant to case management.

2

319608805v.1

DATED: August 7, 2025                    SEYFARTH SHAW LLP


                                         By: /s/ *Heriberto Alvarez, Jr.*
                                             Justin T. Curley
                                             Heriberto Alvarez, Jr.

                                             Attorneys for Defendant
                                             COSTCO WHOLESALE CORPORATION


DATED: August 7, 2025                    Respectfully submitted,

                                         SETYAN LAW, APC


                                         By: /s/ *Samuel Setyan*
                                             Samuel Setyan

                                             Attorneys for Plaintiff
                                             AARON TALAMANTES

UPDATED JOINT CASE MANAGEMENT STATEMENT / CASE NO. 3:24-CV-00789-RS

319608805v.1