SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Heriberto Alvarez, Jr. (SBN 307048)
halvarez@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

RATNER MOLINEAUX, LLP
David S. Ratner (SBN 316267)
david@ratnermolineaux.com
Shelley A. Molineaux (SBN 277884)
shelley@ratnermolineaux.com
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596-4435
Telephone: (925) 239-0899

Attorneys for Plaintiff
AARON TALAMANTES

*(Additional counsel on following page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TALAMANTES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No.  3:24-cv-00789-RS<br><br>**JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES** |

SETYAN LAW, APC
Samvel Setyan (SBN 325831)
s.setyan@setyanlaw.com
150 S. Los Robles Avenue, Suite 720
Pasadena, California 91101
Telephone: (213) 618-3655
Facsimile: (213) 460-1429

Attorneys for Plaintiff
AARON TALAMANTES

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES /
CASE NO. 3:24-CV-00789-RS

**TO THE HONORABLE COURT:**

Pursuant to the United States District Court, Northern District of California's Civil Local Rules 6-2, 7-12, and 54-5, Plaintiff Aaron Talamantes ("Plaintiff") and Defendant Costco Wholesale Corporation ("Costco") hereby submit their Joint Stipulation Extending Time for Plaintiff to File Motion for Attorney's Fees:

WHEREAS, the jury trial in this case began on May 5, 2026 (Declaration of Justin T. Curley ("Curley Decl.") ¶ 2);

WHEREAS, on May 14, 2026, judgment was entered in favor of Plaintiff (ECF No. 103; Curley Decl. ¶ 2);

WHEREAS, the current deadline for Plaintiff to file a motion for attorney's fees is May 28, 2026 (Curley Decl. ¶ 3);

WHEREAS, on May 26, 2026, Plaintiff's counsel contacted counsel for Costco to meet and confer regarding Plaintiff's motion for attorney's fees and fee amount (Curley Decl. ¶ 4);

WHEREAS, the parties continued to meet and confer over Plaintiff's motion for attorney's fees on May 26 and May 27, 2026 (Curley Decl. ¶¶ 4-5);

WHEREAS, on May 27, 2026, the parties agreed that they needed additional time to confer over Plaintiff's motion for attorney's fees, including the fee amount, and agreed to continue the deadline for Plaintiff to file any motion for attorney's fees from May 28, 2026 to June 5, 2026 (Curley Decl. ¶ 5);

WHEREAS, good cause exists for this Court to grant this Joint Stipulation, as the parties are continuing to meet and confer "for the purpose of resolving all disputed issues relating to attorney's fees" and need additional time to confer before Plaintiff files his "motion for award of attorney's fees." L.R. 54-5. A resolution of any disputed issue relating to Plaintiff's motion for attorney's fees would obviate the need to brief that issue and narrow the scope of any motion for fees, which is in the interest of judicial economy (Curley Decl. ¶¶ 5-6);

WHEREAS, there have been no previous requests for extension in this matter (Curley Decl. ¶ 7); and

WHEREAS, the parties do not anticipate any effects on the overall schedule of this matter (Curley Decl. ¶ 8).

NOW THEREFORE, subject to the Court's approval, the parties stipulate and agree that Plaintiff's deadline to file any motion for attorney's fees is extended from May 28, 2026 to June 5, 2026.

IT IS SO STIPULATED.

DATED:  May 28, 2026                                          SEYFARTH SHAW LLP

                                                             By: /s/ *Justin T. Curley*
                                                                 Justin T. Curley
                                                                 Heriberto Alvarez, Jr.

                                                                 Attorneys for Defendant
                                                                 COSTCO WHOLESALE CORPORATION

DATED: May 28, 2026                                          RATNER MOLINEAUX, LLP

                                                             By: /s/ *Shelley A. Molineaux*
                                                                 Shelley A. Molineaux

                                                                 Attorneys for Plaintiff
                                                                 AARON TALAMANTES

326178683v.1

4

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES / CASE NO. 3:24-CV-00789-RS