# [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Stipulation Extending Time for Plaintiff to File Motion for Attorney's Fees, orders as follows:

The deadline for Plaintiff to file any motion for attorney's fees is extended from May 28, 2026 to June 5, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 28, 2026

_____
HON. RICHARD SEEBORG
Chief United States District Judge

326181703v.1

2