SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Heriberto Alvarez, Jr. (SBN 307048)
halvarez@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

RATNER MOLINEAUX, LLP
David S. Ratner (SBN 316267)
david@ratnermolineaux.com
Shelley A. Molineaux (SBN 277884)
shelley@ratnermolineaux.com
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596-4435
Telephone: (925) 239-0899

Attorneys for Plaintiff
AARON TALAMANTES

*(Additional counsel on following page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TALAMANTES, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No.  3:24-cv-00789-RS<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES** |

SETYAN LAW, APC
Samvel Setyan (SBN 325831)
s.setyan@setyanlaw.com
150 S. Los Robles Avenue, Suite 720
Pasadena, California 91101
Telephone: (213) 618-3655
Facsimile: (213) 460-1429

Attorneys for Plaintiff
AARON TALAMANTES

2

**TO THE HONORABLE COURT:**

Pursuant to the United States District Court, Northern District of California's Civil Local Rules 6-2, 7-12, and 54-5, Plaintiff Aaron Talamantes ("Plaintiff") and Defendant Costco Wholesale Corporation ("Costco") hereby submit their Joint Stipulation to Further Extend Time for Plaintiff to File Motion for Attorney's Fees from June 5 to June 12, 2026:

WHEREAS, the jury trial in this case began on May 5, 2026 (Declaration of Justin T. Curley ("Curley Decl.") ¶ 2);

WHEREAS, on May 14, 2026, judgment was entered in favor of Plaintiff (ECF No. 103; Curley Decl. ¶ 2);

WHEREAS, the current deadline for Plaintiff to file a motion for attorney's fees is June 5, 2026 (Curley Decl. ¶ 3);

WHEREAS, on May 26, 2026, Plaintiff's counsel contacted counsel for Costco to meet and confer regarding Plaintiff's motion for attorney's fees and fee amount (Curley Decl. ¶ 4);

WHEREAS, the parties continued to meet and confer over Plaintiff's anticipated motion for attorney's fees on May 26 and May 27, 2026 (Curley Decl. ¶¶ 4-5);

WHEREAS, on May 27, 2026, the parties agreed that they needed additional time to confer over Plaintiff's anticipated motion for attorney's fees, including the fee amount, and agreed to continue the deadline for Plaintiff to file any motion for attorney's fees from May 28, 2026 to June 5, 2026 (Curley Decl. ¶ 5);

WHEREAS, on May 28, 2026, the parties filed a Joint Stipulation Extending Time for Plaintiff to File Motion for Attorney's Fees because they were meeting and conferring "for the purpose of resolving all disputed issues relating to attorney's fees" and needed additional time to confer before Plaintiff's deadline to file a "motion for award of attorney's fees." (L.R. 54-5; ECF No. 114; Curley Decl. ¶¶ 5-6);

WHEREAS, on May 28, 2026, the Court approved the parties' Joint Stipulation and ordered that the deadline for Plaintiff to file any motion for attorney's fees was extended to June 5, 2026 (ECF No. 115; Curley Decl. ¶ 6);

3

WHEREAS, after the Court approved the parties' Joint Stipulation, the parties continued to meet and confer to determine whether an informal resolution of Plaintiff's attorney's fee request could be reached (Curley Decl. ¶ 7);

WHEREAS, on June 4, 2026, the parties did reach a tentative resolution of Plaintiff's attorney's fee request and will now work to memorialize that resolution into a written agreement (Curley Decl. ¶ 8);

WHEREAS, good cause exists for the Court to grant this Joint Stipulation, as the parties are memorializing their tentative resolution into a written agreement and need additional time to do so, and seek to preserve the opportunity for Plaintiff to still file a motion for attorney's fees in the unlikely event that Parties' tentative resolution cannot be formalized into a written agreement (Curley Decl. ¶ 9); and

WHEREAS, the Parties do not anticipate any effects on the overall schedule of this matter (Curley Decl. ¶ 10).

NOW THEREFORE, subject to the Court's approval, the parties stipulate and agree that Plaintiff's deadline to file any motion for attorney's fees is extended from June 5, 2026 to June 12, 2026.

IT IS SO STIPULATED.


DATED:  June 5, 2026                          SEYFARTH SHAW LLP

                                              By: /s/ *Justin T. Curley*
                                                  Justin T. Curley
                                                  Heriberto Alvarez, Jr.

                                                  Attorneys for Defendant
                                                  COSTCO WHOLESALE CORPORATION


DATED: June 5, 2026                           RATNER MOLINEAUX, LLP

                                              By: /s/ *Shelley A. Molineaux*
                                                  Shelley A. Molineaux

                                                  Attorneys for Plaintiff
                                                  AARON TALAMANTES

326402927v.1

4

JOINT STIPULATION TO FURTHER EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES / CASE NO. 3:24-CV-00789-RS