UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TALAMANTES, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No.  3:24-cv-00789-RS<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO FURTHER EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES** |

## [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' Joint Stipulation to Further Extend Time for Plaintiff to File Motion for Attorney's Fees, orders as follows:

The deadline for Plaintiff to file any motion for attorney's fees is extended from June 5, 2026 to June 12, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ___June 8, 2026_____      _____
                                        HON. RICHARD SEEBORG
                                        Chief United States District Judge

---

2

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO FURTHER EXTEND TIME FOR PLAINTIFF TO
FILE MOTION FOR ATTORNEY'S FEES / CASE NO. 3:24-CV-00789-RS